482 A.2d 1272

In re Appeal of Sheridan D. JONES, Jr., From the Decision of the Board of Elections of Delaware County After Its Recanvass of All Election Districts Within the 159th Legislative District of All Votes Cast By Machine, Absentee Ballot and Write In For the Office of Representative In the General Assembly, 159th District.

Appeal of Sheridan D. JONES, Jr., et al.

Supreme Court of Pennsylvania.

Petitions Without Oral Argument.

Decided Oct. 25, 1984.

John M. Cleary, Media, for appellant.

Edward J. Zetusky, Jr., Media, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

ORDER

PER CURIAM.

AND NOW, this 25th day of October, 1984, the Court assumes plenary jurisdiction of the above-captioned matter pursuant to 42 Pa.C.S. § 726 and ORDERS as follows:

The motion to transfer the within appeals to the Commonwealth Court is denied.

The Order of the Court of Common Pleas of Delaware County dated August 29, 1984, entered at Nos. 84–4885, 84–4969 and 84–5968, is affirmed.